**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW**: 06 C 6429 - Complaint

Atlas Products of Ohio, LLC., et al v. Exactapack, LLC., et al

☐     **TOO VOLUMINOUS**

√     **QUALITY NOT LEGIBLE on exhibits.**

☐     **FONT TOO SMALL**

☐     **PHOTOGRAPHS**

☐     **OTHER: _____**

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT 312-435-5699.**